FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID AMMONS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOISE CASCADE WOOD PRODUCTS, LLC, a Delaware limited liability company,<br><br>Defendant. | NO: 2:19-CV-312-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a Stipulation for Dismissal with Prejudice, ECF No. 24.  Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulation for Dismissal with Prejudice, **ECF No. 24**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1    4. All scheduled court hearings, if any, are **STRICKEN**.

2    **IT IS SO ORDERED**. The District Court Clerk is directed to enter this

3  Order, enter judgment of dismissal with prejudice, provide copies to counsel, and

4  **close this case**.

5    **DATED** January 14, 2021.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2