# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DAVID AMMONS, an individual,

*Plaintiff*

v.

BOISE CASCADE WOOD PRODUCTS, LLC, a Delaware limited liability company,

*Defendant*

Civil Action No.  2:19-CV-312-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 14, 2021**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Stipulation for Dismissal with Prejudice (ECF No. 24) is APPROVED.
Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party.
Judgment of dismissal with prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  ROSANNA MALOUF PETERSON  on a stipulation for Dismissal with Prejudice (ECF No. 24)

Date:  01/14/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates